UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 755 |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| JAROSLAVA KLEPLOVA and | ) | |
| KRZYSZTOF RADZEWICZ | ) | |

## GOVERNMENT'S MOTION TO UNSEAL PROCEEDINGS

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves the Court to unseal the proceedings in this matter because the reasons for which the government originally brought this matter under seal have passed.

WHEREFORE, the United States respectfully requests that this Court issue an order directing the clerk to unseal the proceedings in this matter.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Christopher K. Veatch
CHRISTOPHER K. VEATCH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-3389

**CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, and LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

  Government's Motion to Unseal Proceedings,

was served on November 29, 2007, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

         By: s/ Christopher K. Veatch
            CHRISTOPHER K. VEATCH
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 886-3389