AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
### Northern District of Illinois
### Eastern Division

United States of America　　　　　　　　　　　　WARRANT FOR ARREST

v.

Jaroslava Kleplova　　　　　　　　　　　　Case Number: 07 cr 755-1

To:　The United States Marshal
　　　And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jaroslava Kleplova** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

　　X Indictment　　Information　　Complaint　　Order of court　　Violation Notice　　Probation　　Violation Petition

charging him or her with:　**Fraud & Swindles**
　　　　　　　　　　　　　　**Aiding & Abetting**

in violation of Title 18:18 United States Code, Section(s) 1341:2

Yvette Pearson Issuing Officer　　　　　　　　Yvette Pearson

*[signature]*　　　　　　　　　　　　　　　　November 15, 2007
Signature of Issuing Officer

Bail fixed at $ _____　　　　　　　_____, Judicial Officer

*FILED NOV 27 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 11/16/07 | MAGGIE GORYL /SA | *[signature]* MGoryl |

Date of Arrest: 11/26/07