# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 755 | **DATE** | 11/26/2007 |
| **CASE TITLE** | USA vs. Jaroslava Kleplova | | |

**DOCKET ENTRY TEXT**

Arraignment held on 11/26/07. Defendant informed of her rights. John F. Murphy's oral motion for appointment of counsel is granted. Defendant enters plea of not guilty to all counts of the indictment. 16.1(a) conference to be completed as soon as possible. Pretrial motions to be filed by 12/10/07. Status hearing set before Judge Gettleman on 12/11/07 at 9:15 a.m. Detention hearing continued to 11/29/07 at 1:30 p.m. before Judge Valdez. Government's oral motion to exclude time is granted. Enter excludable time from 11/26/07 to and including 12/11/07 pursuant to 18 USC §3161(h)(1)(F). X-E

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|