# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF ____VS.____ FOR ____ AT ____

LOCATION NUMBER: ____

PERSON REPRESENTED (Show your full name): **Jaroslava Klepton**

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: ____
District Court: **07CR755**
Court of Appeals: ____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☑ Misdemeanor

FILED NOV 26 2007
November 26, 2007
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DIST...

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: New Way Association, 4057 N. Milwaukee Ch...
- IF YES, how much do you earn per month? $ ~~[crossed out]~~ — IF NO, give month and year of last employment 12/06 — How much did you earn per month? $ 1000
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No   IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☑ SEPARATED OR DIVORCED
Total No. of Dependents: **0**
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | | $ | $ 620 |
| | Utilities | $ 50 | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶