## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 755 - 1 | **DATE** | 11/29/2007 |
| **CASE TITLE** | USA vs. Jaroslava Kleplova | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 11/29/07 as to Jaroslava Kleplova (1). Defendant having waive detention without prejudice. Defendant may raise the issues of bond at a later date. Defendant to remain in custody until further order of court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|