# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 755 - ALL | **DATE** | 12/3/2007 |
| **CASE TITLE** | USA vs. Jaroslava Kleplova, et al | | |

**DOCKET ENTRY TEXT**

Enter Order granting Government's Motion to unseal proceedings in this matter.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|