UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 755 |
| v. ) | |
| ) | Magistrate Judge Maria Valdez |
| JAROSLAVA KLEPLOVA and ) | |
| KRZYSZTOF RADZEWICZ ) | |

**ORDER**

The government having filed its Motion to Unseal Proceedings, and having represented to the Court that the reasons for this case remaining under seal have passed;

IT IS HEREBY ORDERED that the Clerk's Office unseal the proceedings in this matter.

ENTERED:

_____
MARIA VALDEZ
United States Magistrate Judge

DATED: 12/3/07