## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                          Case No.: 1:07−cr−00755
                                                            Honorable Robert W. Gettleman

Jaroslava Kleplova, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, December 11, 2007:


    MINUTE entry before Judge Robert W. Gettleman:as to Jaroslava Kleplova: Status hearing held. Defendant's pretrial motions are due by 1/15/2008. Status hearing set for 1/15/2008 at 09:00 A.M. The Court deems the period of time from 12/11/2007 through 1/15/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Mailed notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.