IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) No. 07 CR 755 |
| | ) Magistrate Judge Maria Valdez |
| | ) |
| JAROSLAVA KLEPLOVA | ) |

**NOTICE OF MOTION**

TO:   Christopher K. Veatch
      Assistant United States Attorney
      219 S. Dearborn Street, Fifth Floor
      Chicago, IL  60604

   Please take notice that on the Wednesday, December 19, 2007, at 10:00 a.m., we shall appear before the Honorable Maria Valdez at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom1300, and shall present the attached motion.

–    MOTION FOR RELEASE ON BOND

                                    Respectfully submitted,

                                    FEDERAL DEFENDER PROGRAM
                                    Terence F. MacCarthy
                                    Executive Director

                                    By: s/John F. Murphy
                                       *Attorney for defendant*
                                       *Jaroslava Kleplova*

JOHN F. MURPHY
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8352