IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | ) No. 07 CR 755 |
| | ) Judge Robert Gettleman |
| | ) |
| JAROSLAVA KLEPLOVA | ) |

**NOTICE OF MOTION**

TO:   Christopher K. Veatch          Stephanie Norwood
      Assistant United States Attorney   U.S. Pretrial Officer
      219 S. Dearborn Street, Fifth Floor   219 S. Dearborn Street, Room 15100
      Chicago, IL  60604              Chicago, IL 60604

Please take notice that on the Thursday, January 3, 2008, at 9:15 a.m., we shall appear before the Honorable Robert Gettleman at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom1703, and shall present the attached motion.

–   MOTION FOR RELEASE ON BOND

                              Respectfully submitted,

                              FEDERAL DEFENDER PROGRAM
                              Terence F. MacCarthy
                              Executive Director

                              By: s/John F. Murphy
                                *Attorney for defendant*
                                *Jaroslava Kleplova*

JOHN F. MURPHY
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8352