## UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA
                                      Plaintiff,

v.                                                           Case No.: 1:07−cr−00755
                                                          Honorable Robert W. Gettleman

Jaroslava Kleplova, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Robert W. Gettleman: as to Jaroslava Kleplova: Status hearing held on 1/15/2008. Defendant is given an extension of time to 2/28/2008 to file pretrial motions. The Court deems the period of time from 1/15/2008 through 2/28/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Status hearing set for 2/28/2008 at 11:00 a.m. Mailed notice (gds)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.