IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) No. 07 CR 755 | |
| | ) Judge Robert Gettleman | |
| | ) | |
| JAROSLAVA KLEPLOVA | ) | |

**NOTICE OF MOTION**

To:    Christopher K. Veatch                          Stephanie L. Norwood
         Assistant United States Attorney          Pretrial Services Officer
         219 S. Dearborn St., 5th Floor            219 S. Dearborn St., Rm. 15100
         Chicago, Illinois 60604                            Chicago, Illinois 60604

      PLEASE TAKE NOTICE that on Wednesday, February 6, 2008, at 9:15 a.m.., in Courtroom 1703, we shall appear before the Honorable Robert W. Gettleman, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

–      MOTION FOR RELEASE ON BOND

                                              Respectfully submitted,

                                              FEDERAL DEFENDER PROGRAM
                                              Terrence F. MacCarthy
                                              Executive Director

                                              By:  s/John F. Murphy
                                                     John F. Murphy

JOHN F. MURPHY
FEDERAL DEFENDER PROGRAM
55 E. MONROE ST. SUITE 2800
CHICAGO, ILLINOIS 60603
(312) 621-8352