UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:07−cr−00755
                                                Honorable Robert W. Gettleman

Jaroslava Kleplova, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

    MINUTE entry before Judge Robert W. Gettleman: Status hearing held on
2/28/2008. The Court eliminates the restriction of non−contact with co−defendant as a
condition of bond. Defendant is prohibited from being involved with any type of
immigration services. The Court deems the period of time from 2/28/2008 through
4/17/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Status hearing set for
4/17/2008 at 9:00 a.m. Mailed notice (gds,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.